Richard S. Mandel (rsm@cll.com)
Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SOTHEBY'S and SPTC, INC.,                :    Civil Action No.
                                         :
                    Plaintiffs,          :
                                         :
       -against-                         :
                                         :    **RULE 7.1 CORPORATE**
PARIS FURNITURE AND LIGHTING INC., GUO   :    **DISCLOSURE STATEMENT**
SHENG HUANG and LIZA CHAUN SHUO          :
HUANG,                                   :
                                         :
                    Defendants.          :
                                         :
-------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Sotheby's (a non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: **NONE.**

Dated: New York, New York        Respectfully submitted,
       July 29, 2010

                                 COWAN LIEBOWITZ & LATMAN, P.C.

                                 By_____
                                 Richard S. Mandel (rsm@cll.com)
                                 Eric J. Shimanoff (ejs@cll.com)
                                 1133 Avenue of the Americas
                                 New York, New York 10036-6799
                                 (212) 790-9200
                                 *Attorneys for Plaintiffs*

21757/077/1185542.1

Richard S. Mandel (rsm@cll.com)
Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
*Attorneys for Plaintiffs*

10 CV 5752

RECEIVED
JUL 29 2010
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SOTHEBY'S and SPTC, INC.,                  :    Civil Action No.

                        Plaintiffs,         :

        -against-                           :    **RULE 7.1 CORPORATE
                                                 DISCLOSURE STATEMENT**
PARIS FURNITURE AND LIGHTING INC., GUO      :
SHENG HUANG and LIZA CHAUN SHUO
HUANG,                                      :

                        Defendants.         :
------------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff SPTC, Inc. (a non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: **SOTHEBY'S**.

Dated: New York, New York
       July 29, 2010

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By: _____
Richard S. Mandel (rsm@cll.com)
Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
*Attorneys for Plaintiffs*

21757/077/1185540.1