United States District Court
Southern District of New York

---

Sotheby's and SPTC, Inc.,

                                      Plaintiff(s)

-against-                                   **AFFIDAVIT OF SERVICE**

                                                          Civil Action No. 10 Civ. 5752 (PAC)(THK)

Paris Furniture Lighting Inc., Guo Sheng Huang
and Liza Chaun Shuo Huang,

                                      Defendant(s)

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is not a party to this action and is a resident of New York State.

That on the 4th day of August, 2010, at approximately 2:00 p.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, First Amended Complaint, Individual Practices of Magistrate Judge Theodore H. Katz, Individual Practices of Judge Paul A. Crotty, U.S.D.J. and Electronic Case Filing Rules and Instructions, upon **PARIS FURNITURE LIGHTING INC.**, by delivering to and leaving with Donna Christie an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Donna Christie is a white female, approximately 37 years of age, stands approximately 5 feet 3 inches tall, weights approximately 140 pounds with blonde hair

                                                                  Denise L. Dooley

Sworn to before me
this 4th day of August, 2010.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2014