EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SOTHEBY'S and SPTC, INC.,

                    Plaintiff(s),

Case No. 10 CV 5752
AFFIDAVIT OF SERVICE

      -against-

PARIS FURNITURE LIGHTING INC., GUO SHENG
HUANG and LIZA CHAUN SHUO HUANG,

                    Defendant(s).
-------------------------------------------------------------------------X
STATE OF NEW YORK   )
                            :s.s.:
COUNTY OF QUEENS   )

      ANTHONY CALDERON, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

      On the 4th day of August, 2010, at approximately 11:03 a.m. at 161 Bowery, New York, New York, I served true copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ and ELECTRONIC CASE FILING RULES & INSTRUCTIONS, in the above entitled-action, upon GUO SHENG HUANG, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with David Yu. At time of service, Mr. Yu identified himself as the Manager for Paris Furniture Lighting Inc. and as a co-worker of Guo Sheng Huang and as a person authorized to accept service of process for Guo Sheng Huang. Mr. Yu is a person of suitable age and discretion at the aforementioned address.

Mr. Yu is an Asian-American male, approximately 50-55 year of age, 5'5" tall, 135 lbs, with dark hair and dark eyes.

On the 4th day of August, 2010, I completed the service of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ and ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon GUO SHENG HUANG, defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing true and correct copies of the aforementioned documents in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against him, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Guo Sheng Huang
161 Bowery
New York, NY 10022

Sworn to before me this,
4th day of August, 2010

NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 20__

ANTHONY CALDERON
License No. 1301532