John Y. Tang, Esq.
TANG PC
One Bridge Plaza North Suite 275
Fort Lee, NJ 07024
Tel: (201) 224-8620
Fax: (212) 981-4869
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOTHEBY'S and SPTC, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>  -against-<br><br>PARIS FURNITURE LIGHTING INC.,<br>GUO SHENG HUANG and LIZA<br>CHAUN SHUO HUANG,<br>　　　　　　　　Defendants. | Civil Action No.: 1:10-CV-05752 (PAC)<br><br><br><u>**NOTICE OF APPEARANCE**</u> |

　　　　PLEASE TAKE NOTICE that John Y. Tang, Esq. of Tang PC, One Bridge Plaza North, Suite 275, Fort Lee, NJ 07024, will appear as counsel for Defendants Paris Furniture Lighting Inc., Guo Sheng Huang and Liza Chaun Shuo Huang in the above captioned matter.

　　　　　　　　　　　　　　　　　　TANG PC
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

　　　　　　　　　　　　　　　　　　By: _/s/ John Y. Tang_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John Y. Tang

          One Bridge Plaza North, Suite 275
Fort Lee, NJ 07024
Tel: (201) 224-8620
Fax: (212) 981-4869
jtang@verizon.net
Attorneys for Plaintiff
(Mail to Address)

136-31 41st Ave., Suite 3C
Flushing, NY 11355
Tel: (646) 912-8626

Dated: August 17, 2010