John Y. Tang, Esq.
TANG PC
One Bridge Plaza North Suite 275
Fort Lee, NJ 07024
Tel: (201) 224 -8620
Fax: (212) 981-4869
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 AUG 2010
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOTHEBY'S and SPTC, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PARIS FURNITURE LIGHTING INC., GUO SHENG HUANG and LIZA CHAUN SHUO HUANG, <br><br> Defendants. | Civil Action No.: 1:10-CV-05752 (PAC) <br><br> **STIPULATION OF** ✦ Order <br> **EXTENSION OF TIME** |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, that the time within which Defendants may answer, move, or otherwise respond to the Complaint in the above matter has been extended up to and including September 30, 2010.

  IT IS ALSO HEREBY STIPULATED AND AGREED that the undersigned counsel for Defendants hereby acknowledge service on behalf of PARIS FURNITURE LIGHTING INC., GUO SHENG HUANG and LIZA CHAUN SHUO HUANG.

| COWAN, LIEBOWITZ & LATMAN, P.C. | TANG PC |
|---|---|
| By: /s/ Richard S. Mandel | By: /s/ John Y. Tang |
| Richard S. Mandel (rsm@cll.com) | John Y. Tang |
| Eric J. Shimanoff (ejs@cll.com) | One Bridge Plaza North, Suite 275 |
| 1133 Avenue of the Americas | Fort Lee, NJ 07024 |
| New York, New York 10036-6799 | (201) 676-0757 |
| (212) 790-9200 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | (Mail to Address) |
| Dated: 8/17/2010 | 136-31 41st Ave., Suite 3C |
|  | Flushing, NY 11355 |
|  | (646) 912-8626 |
|  | Dated: 8/17/2010 |

**SO ORDERED:**

_____
United States District ~~Magistrate~~ Judge

Dated: New York, New York
       August 18, 2010

2