John Y. Tang, Esq.
TANG PC
One Bridge Plaza North Suite 275
Fort Lee, NJ 07024
Tel: (201) 224-8620
Fax: (212) 981-4869
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 OCT 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOTHEBY'S and SPTC, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PARIS FURNITURE LIGHTING INC., GUO SHENG HUANG and LIZA CHAUN SHUO HUANG, <br><br> Defendants. | Civil Action No.: 1:10-CV-05752 (PAC) <br><br> **STIPULATION AND ORDER OF EXTENSION OF TIME** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, that the time within which Defendants may answer, move, or otherwise respond to the Complaint in the above matter has been extended up to and including November 1, 2010 while the settlement agreement is being finalized.

COWAN, LIEBOWITZ & LATMAN, P.C.

By: *[signature]*
Richard S. Mandel (rsm@cll.com)
Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
*Attorneys for Plaintiffs*

Dated: September 30, 2010

TANG PC

By: *[signature]*
John Y. Tang
One Bridge Plaza North, Suite 275
Fort Lee, NJ 07024
(201) 676-0757
*Attorneys for Defendants*
(Mail to Address)

136-31 41st Ave., Suite 3C
Flushing, NY 11355
(646) 912-8626

Dated: 09/30/2010

**SO ORDERED:**

*[signature]*
United States District Judge

Dated: New York, New York
01 OCT 2010

# TANG PC

ATTORNEYS AT LAW

| | |
|---|---|
| **NEW JERSEY**<br>One Bridge Plaza North<br>Suite 275<br>Fort Lee, NJ 07024<br>(Mail to Address) | **JOHN Y. TANG, ESQ.**<br>Phone: 201-676-0757<br>Fax: 212-981-4869<br>john.tang@gettang.com<br>MEMBERS OF NJ & NY BAR |
| **NEW YORK**<br>136-31 41st Avenue<br>Suite 3C<br>Flushing, NY 11355 | |

VIA ELECTRONIC MAIL AND USPS FIRST CLASS MAIL

Chamber of Hon. Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
Courtroom 20C
500 Pearl St.
New York, NY 10007-1312

Date: September 30, 2010

    **Re: SOTHEBY'S and SPTC, INC. v. PARIS FURNITURE LIGHTING INC., et al.**
    <u>**Civil Action No.: 1:10-CV-05752-PAC**</u>
    <u>**Request for Extensions of Time**</u>

Dear Sir/Madam:

    Attached please kindly find a copy of Stipulation of Extension of Time that shall extend the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action to November 1, 2010 pursuant to Judge Crotty's individual rules. The previous due date is September 30, 2010. This is the second request for extension.

    Thank you for your attention to this matter.

Very truly yours,

John Y. Tang, Esq.

JYT:el
Encl: Stipulation of Extension of Time
Cc: Richard S. Mandel via Electronic Mail
　　Sujata Chaudhri via Electronic Mail
　　Eric J. Shimanoff via Electronic Mail
　　George Huang via Electronic Mail