John Y. Tang, Esq.
TANG PC
One Bridge Plaza North Suite 275
Fort Lee, NJ 07024
Tel: (201) 224 -8620
Fax: (212) 981-4869
Attorneys for Defendants



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 29 OCT 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOTHEBY'S and SPTC, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>PARIS FURNITURE LIGHTING INC.,<br>GUO SHENG HUANG and LIZA<br>CHAUN SHUO HUANG,<br>　　　　　　　Defendants. | Civil Action No.: 1:10-CV-05752 (PAC)<br><br>**STIPULATION AND ORDER OF**<br>**EXTENSION OF TIME** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, that the time within which Defendants may answer, move, or otherwise respond to the Complaint in the above matter has been extended up to and including December 1, 2010 while the settlement agreement is being finalized and is expected to be exectued.

| | |
|---|---|
| COWAN, LIEBOWITZ & LATMAN, P.C. | TANG PC |
| By: /s/ Richard S. Mandel | By: /s/ John Y. Tang |
| Richard S. Mandel (rsm@cll.com) | John Y. Tang |
| Eric J. Shimanoff (ejs@cll.com) | One Bridge Plaza North, Suite 275 |
| 1133 Avenue of the Americas | Fort Lee, NJ 07024 |
| New York, New York 10036-6799 | (201) 676-0757 |
| (212) 790-9200 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | (Mail to Address) |
| Dated: October 29, 2010 | 136-31 41st Ave., Suite 3C |
| | Flushing, NY 11355 |
| | (646) 912-8626 |
| | Dated: October 29, 2010 |

**SO ORDERED:**

_____
United States District Judge

Dated: New York, New York
29 OCT 2010

2

# TANG PC
## ATTORNEYS AT LAW

**NEW JERSEY**
One Bridge Plaza North
Suite 275
Fort Lee, NJ 07024
(Mail to Address)

**NEW YORK**
136-31 41st Avenue
Suite 3C
Flushing, NY 11355

JOHN Y. TANG, ESQ.
Phone: 201-676-0757
Fax: 212-981-4869
john.tang@gettang.com
MEMBERS OF NJ & NY BAR

VIA ELECTRONIC MAIL AND USPS FIRST CLASS MAIL

Chamber of Hon. Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
Courtroom 20C
500 Pearl St.
New York, NY 10007-1312

Date: October 29, 2010

Re: **SOTHEBY'S and SPTC, INC. v. PARIS FURNITURE LIGHTING INC., et al.**
**Civil Action No.: 1:10-CV-05752-PAC**
**Request for Extensions of Time**

Dear Sir/Madam:

     Attached please kindly find a copy of Stipulation of Extension of Time that shall extend the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action to December 1, 2010 pursuant to Judge Crotty's individual rules. The previous due date is November 1, 2010. This is the third request for extension.

     Thank you for your attention to this matter.

Very truly yours,

John Y. Tang, Esq.

JYT:el
Encl: Stipulation of Extension of Time
Cc: Richard S. Mandel via Electronic Mail
　　Sujata Chaudhri via Electronic Mail
　　Eric J. Shimanoff via Electronic Mail
　　George Huang via Electronic Mail