John Y. Tang, Esq.
TANG PC
One Bridge Plaza North Suite 275
Fort Lee, NJ 07024
Tel: (201) 224 -8620
Fax: (212) 981-4869
Attorneys for Defendants



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 DEC 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOTHEBY'S and SPTC, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PARIS FURNITURE LIGHTING INC., GUO SHENG HUANG and LIZA CHAUN SHUO HUANG, <br><br> Defendants. | Civil Action No.: 1:10-CV-05752 (PAC) <br><br><br> **STIPULATION AND ORDER OF EXTENSION OF TIME** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, that the time within which Defendants may answer, move, or otherwise respond to the Complaint in the above matter has been extended up to and including December 22, 2010 while parties awaiting the settlement agreement to be executed by authorized persons outside U.S.

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Richard S. Mandel (rsm@cll.com)
Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
*Attorneys for Plaintiffs*

Dated: 11/30/10

TANG PC

By: _____
John Y. Tang
One Bridge Plaza North, Suite 275
Fort Lee, NJ 07024
(201) 676-0757
*Attorneys for Defendants*
(Mail to Address)

136-31 41st Ave., Suite 3C
Flushing, NY 11355
(646) 912-8626

Dated: 11/30/2010

**SO ORDERED:**

_____
United States District Judge

Dated: New York, New York
        December 1, 2010